IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TYSON J. SUGGS,

       Plaintiff,                  No. CIV S-10-3073 FCD GGH P

    vs.

ANTHONY HEDGPETH, et al.,

       Defendants.          <u>ORDER</u>

_____/

       Plaintiff, a state prisoner proceeding pro se, has requested that this action be dismissed. Pursuant to Fed. R. Civ. P. 41(a), the action is dismissed.

       Accordingly, the Clerk of Court shall close this case.

DATED: April 20, 2011

                                              /s/ Gregory G. Hollows

                                        GREGORY G. HOLLOWS
                                        UNITED STATES MAGISTRATE JUDGE

GGH009/:md
sugg3073.59